```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06907
  CYRNOFF COWAN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-9059


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/17/07 .

   2.   The case was dismissed without confirmation, 08/10/2007.

   3.   The Debtor paid a total of $    2850.00 .

   4.   The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------------
WEST TOWN SAVINGS BANK    CURRENT MORTG         .00            .00            .00
WEST TOWN SAVINGS BANK    MORTGAGE ARRE    NOT FILED           .00            .00
BOSCO VANDER BENNET FULL  SECURED          NOT FILED           .00            .00
DUPAGE COUNTY COLLECTOR   PRIORITY         NOT FILED           .00            .00
AMERICAN HONDA FINANCE    SECURED VEHIC        .00            .00         400.00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED           .00            .00
CAPITAL ONE FINANCIAL     UNSECURED        NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE    UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED        NOT FILED           .00            .00
COLLEGE LOAN CORP         UNSECURED        NOT FILED           .00            .00
        Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID      400.00          .00          .00          .00       400.00
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID          400.00          .00          .00          .00       400.00
The Debtor's attorney, LEDFORD & WU                , was allowed $    3000.00
and was paid $   1500.00  direct and $   1500.00  through the plan.

The Trustee received $     50.72 .

Refunds to the Debtor totaled $     899.28 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/16/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```